# United States Bankruptcy Court
For The
District of Nevada

| | | |
|---|---|---|
| **IN RE:** | | CASE No. 16-51304-BTB |
| JUSTIN D. GRAY<br>1850 IDLEWILD DR #A6<br>RENO, NV 89509 | LAURIE S. SIXTA-GRAY<br>1850 IDLEWILD DR #A6<br>RENO, NV 89509 | SS #1 XXX-XX-6457<br>SS #2 XXX-XX-0091 |

## CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS
## OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that William A. Van Meter, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U. S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the Claims Bar Date.

PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information set forth on the attached List of Scheduled and Filed Claims to include but not limited to: (1) the creditor's claim was filed or not filed; (2) the creditor's address to receive payments is accurate; (3) the claim amount is accurate; (4) that the classification of the creditor's claim as either "secured", "priority", "unsecured", "direct pay by debtor", "not filed" or such other applicable classification, is accurate; (5) and that the treatment and payment of each creditor's claim including, if appropriate, the payment of and rate of interest, is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above, then you must timely file a written objection to the CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION on or before ** 30 days from date filed **. The written objection must be filed or e-filed with the Clerk of the U.S. Bankruptcy Court, 300 Booth Street, Reno, Nevada 89509 and served, if applicable, upon any appropriate creditor's, the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is P.O. Box 6630, Reno, NV 89513, along with the date, time and place of the hearing on the objection.

PLEASE TAKE FURTHER NOTICE that in the ahsence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION. No further Order of the Court will be entered in the absence of any objection to this notice.

NOTICE IS HEREBY GIVEN that the following List of Scheduled and Filed Claims is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution. The Plan provides that the Debtor will pay a specific dollar amount into the Plan. The exact percentage of distribution to unsecured non-priority claims will depend upon the amount of all claims ultimately allowed in this case.

| IN RE: | | CASE No. 16-51304-BTB |
|---|---|---|
| JUSTIN D. GRAY<br>1850 IDLEWILD DR #A6<br>RENO, NV 89509 | LAURIE S. SIXTA-GRAY<br>1850 IDLEWILD DR #A6<br>RENO, NV 89509 | SS #1 XXX-XX-6457<br>SS #2 XXX-XX-0091 |

## LIST OF SCHEDULED AND FILED CLAIMS

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | Expected Dist. | CLASSIFICATION |
|---|---|---:|---|---|
| 001 | VALLEY HEALTH SYSTEM / 8801 W SAHARA AVE.<br>LAS VEGAS, NV 89117 | 4,974.80 | PRORATA | Unsecured |
| 002 | VALLEY HEALTH SYSTEM / 8801 W SAHARA AVE.<br>LAS VEGAS, NV 89117 | 726.40 | PRORATA | Unsecured |
| 003 | OREGON AUTO FINANCE / P.O. BOX 1889<br>SUITE 300 / ORANGE, CA 92856-0889 | 3,015.04 | PRORATA | Unsecured |
| 004 | NEVADA WEST FINANCIAL / P.O. BOX 94703<br>LAS VEGAS, NV 89193 | 11,284.33 | PRORATA | Unsecured |
| 005 | CHARTER COMMUNICATIONS / 4670 E. FULTON<br>SUITE 102 / ADA, MI 49301 | 531.21 | PRORATA | Unsecured |
| 006 | SANTANDER CONSUMER USA INC. / DBA CHRYSLER CORP<br>PO BOX 961275 / FORT WORTH, TX 76161 | 12,815.50 | PRORATA | Unsecured |
| 007 | ANTERO CAPITAL, LLC / PO BOX 1931<br>BURLINGAME, CA 94011 | 625.00 | PRORATA | Unsecured |
| 008 | SFC / CENTRAL BANKRUPTCY AND RECOVERY DPT<br>PO BOX 1893 / SPARTANBURG, SC 29304 | 1,238.67 | PRORATA | Unsecured |
| 009 | SFC / CENTRAL BANKRUPTCY AND RECOVERY DPT<br>PO BOX 1893 / SPARTANBURG, SC 29304 | 880.00 | PRORATA | Unsecured |
| 010 | JEFFERSON CAPITAL SYSTEMS, LLC / P.O. BOX 7999<br>SAINT CLOUD, MN 56302-9617 | 13,751.12 | PRORATA | Unsecured |
| 010A | JEFFERSON CAPITAL SYSTEMS, LLC / P.O. BOX 7999<br>SAINT CLOUD, MN 56302-9617 | .00 | | DirectPay |
| 011 | BUSINESS & PROFESSIONAL / COLLECTION SERVICE INC.<br>816 SOUTH CENTER STREET / RENO, NV 89501 | 5,883.90 | PRORATA | Unsecured |
| 012 | BANK OF AMERICA, N.A. / PO BOX 31785<br>TAMPA, FL 33631-3785 | 64,411.72 | | DirectPay |

This claim is an allowed claim because a proof of claim has been filed but the Debtor's confirmed plan does not provide that the claim is to be paid by the Trustee. Accordingly, the claim will not be paid by the Trustee. It is anticipated that the creditor will seek stay relief because the plan did not adequately provide for the claim or that the Debtor will object to the claim, pay the claim directly or seek to modify the plan to provide for the claim.

| 013 | MIDLAND CREDIT MANAGEMENT / MIDLAND FUNDING LLC<br>PO BOX 2011 / WARREN, MI 48090 | 951.98 | PRORATA | Unsecured |
| 014 | MIDLAND CREDIT MANAGEMENT / MIDLAND FUNDING LLC<br>PO BOX 2011 / WARREN, MI 48090 | 1,090.21 | PRORATA | Unsecured |

| IN RE: | | CASE No. 16-51304-BTB |
|---|---|---|
| JUSTIN D. GRAY<br>1850 IDLEWILD DR #A6<br>RENO, NV 89509 | LAURIE S. SIXTA-GRAY<br>1850 IDLEWILD DR #A6<br>RENO, NV 89509 | SS #1 XXX-XX-6457<br>SS #2 XXX-XX-0091 |

## LIST OF SCHEDULED AND FILED CLAIMS

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | Expected Dist. | CLASSIFICATION |
|---|---|---|---|---|
| 015 | PRA RECEIVABLES MANAGEMENT, L.L.C. / PORTFOLIO RECOVERY ASS<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 697.04 | PRORATA | Unsecured |
| 016 | QUANTUM3 GROUP LLC / P.O. BOX 788<br>KIRKLAND, WA 98083-0788 | 232.30 | PRORATA | Unsecured |
| 017 | HYUNDAI MOTOR FINANCE COMPANY / P.O. BOX 20809<br>FOUNTAIN VALLEY, CA 92728 | 11,966.82 | PRORATA | Unsecured |
| 101 | AARONS SALES AND LEASE / 1023 S. GRASS VALLEY ROAD<br>WINNEMUCCA, NV 89445 | | | DirectPay<br>.00 |
| 103 | AFNI, INC. / P.O. BOX 3247<br>BLOOMINGTON, IL 61702 | None | None | Not Filed<br>.00 |
| 104 | ANYTIME FITNESS / 1201 PENNY LANE SUITE 120<br>FERNLEY, NV 89408 | None | None | Not Filed<br>.00 |
| 105 | AT&T SERVICES INC. / ONE AT&T WAY<br>ROOM 3A104 / BEDMINSTER, NJ 07921 | None | None | Not Filed<br>.00 |
| 106 | BUSINESS & PROFESSIONAL / COLLECTION SERVICE INC.<br>816 SOUTH CENTER STREET / RENO, NV 89501 | None | None | Not Filed<br>.00 |
| 108 | CASHCALL, INC. / C/O B-LINE, LLC<br>P.O. BOX 288 / GREENVILLE, SC 29602-0288 | None | None | Not Filed<br>.00 |
| 112 | COLLECTION SERVICE OF NEVADA / 777 FOREST STREET<br>RENO, NV 89509 | None | None | Not Filed<br>.00 |
| 113 | COLLECTO, INC. / d/b/a EOS CCA<br>PO BOX 981008 / BOSTON, MA 02298-1008 | None | None | Not Filed<br>.00 |
| 114 | CONSTAR FINANCIAL SERVICES, LLC / 3651 W. BELL ROAD<br>PHOENIX, AZ 85053 | None | None | Not Filed<br>.00 |
| 116 | DEPARTMENT OF VETERANS AFFAIRS / PO BOX 11930<br>ST. PAUL, MN 55111 | None | None | Not Filed<br>.00 |
| 120 | HOSPITAL COLLECTION SERVICE / 816 S CENTER ST.<br>RENO, NV 89501 | None | None | Not Filed<br>.00 |
| 122 | RURAL NEVADA DEVELOPMENT CORP. / 1320 E. AULTMAN STREET<br>ELY, NV 89301 | None | None | Not Filed<br>.00 |
| 123 | COLDWELL BANKER COMMERCIAL / 5011 MEADOWOOD MALL CIRCLE<br>RENO, NV 89502 | None | None | Not Filed<br>.00 |

# United States Bankruptcy Court
For The
District of Nevada

| IN RE: | | CASE No. 16-51304-BTB |
|---|---|---|
| JUSTIN D. GRAY<br>1850 IDLEWILD DR #A6<br>RENO, NV 89509 | LAURIE S. SIXTA-GRAY<br>1850 IDLEWILD DR #A6<br>RENO, NV 89509 | SS #1 XXX-XX-6457<br>SS #2 XXX-XX-0091 |

## LIST OF SCHEDULED AND FILED CLAIMS

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | Expected Dist. | CLASSIFICATION |
|---|---|---|---|---|
| 125 | MIDLAND FUNDING LLC / AMERICAN INFOSOURCE LP AS AGENT<br>P.O. BOX 4457 / HOUSTON, TX 77210-4457 | None | None | Not Filed<br>.00 |
| 127 | NORTH SHORE AGENCY, INC. / 270 SPAGNOLI ROAD<br>SUITE 110 / MELVILLE, NY 11747 | None | None | Not Filed<br>.00 |
| 128 | EMERGENCY PHYSICIANS / P.O. BOX 95728<br>OKLAHOMA CITY, OK 73143-5728 | None | None | Not Filed<br>.00 |
| 129 | N. NEVADA MEDICAL CENTER / 2375 E. PRATER WAY<br>SPARKS, NV 89434-9900 | None | None | Not Filed<br>.00 |
| 131 | RADIOLOGY CONSULTANTS LLC / P.O. BOX 22995<br>PASADENA, CA 91185 | None | None | Not Filed<br>.00 |
| 133 | REVSOLVE / P.O. BOX 310<br>SCOTTSDALE, AZ 85252 | None | None | Not Filed<br>.00 |
| 134 | SPARKS RADIOLOGY GROUP / P.O. BOX 21209<br>RENO, NV 89515 | None | None | Not Filed<br>.00 |
| 137 | UNIVERAL FIDELITY CORP. / PO BOX 941911<br>HOUSTON, TX 77094-8911 | None | None | Not Filed<br>.00 |
| 138 | WESTERN PATHOLOGY CONS. / P.O. BOX 749851<br>LOS ANGELES, CA 90074 | None | None | Not Filed<br>.00 |
| 139 | BANK OF AMERICA, N.A. / ATTN:  BANKRUPTCY DEPARTMENT<br>450 AMERICAN STREET / SIMI VALLEY, CA 93065-6285 | None | None | Not Filed<br>.00 |
| 799 | SEAN P. PATTERSON, ESQ. / 232 COURT STREET<br>RENO, NV 89501 | 3,050.00 | 3,050.00 | Attorney |

Total    73714.32

Dated:  2/12/2019

/s/ Mary Rivinius

Mary Rivinius

In Re:  
JUSTIN D. GRAY  
LAURIE S. SIXTA-GRAY

CASE NO: 16-51304-BTB  
CHAPTER 13  
CERTIFICATE OF SERVICE

   Debtor(s)

On  02/12/2019  I served the CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION AND PROPOSED DISTRIBUTION by United States mail, postage fully prepaid to the persons on the attached list.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  02/12/2019

/s/ Mary Rivinius  
Mary Rivinius

In Re:                                                                                                CASE NO: 16-51304-BTB
JUSTIN D. GRAY & LAURIE S. SIXTA-GRAY                     CHAPTER 13
                           Debtor(s)                                                    CERTIFICATE OF SERVICE

---

JUSTIN D. GRAY & LAURIE S. SIXTA-GRAY
1850 IDLEWILD DR #A6 RENO, NV 89509

VALLEY HEALTH SYSTEM
8801 W SAHARA AVE. LAS VEGAS, NV 89117

OREGON AUTO FINANCE
P.O. BOX 1889 SUITE 300 ORANGE, CA 92856-0889

NEVADA WEST FINANCIAL
P.O. BOX 94703 LAS VEGAS, NV 89193

CHARTER COMMUNICATIONS
4670 E. FULTON SUITE 102 ADA, MI 49301

SANTANDER CONSUMER USA INC.
DBA CHRYSLER CORP PO BOX 961275 FORT WORTH, TX 76161

ANTERO CAPITAL, LLC
PO BOX 1931 BURLINGAME, CA 94011

SFC
CENTRAL BANKRUPTCY AND RECOVERY DPT PO BOX 1893 SPARTANBURG, SC 29304

JEFFERSON CAPITAL SYSTEMS, LLC
P.O. BOX 7999 SAINT CLOUD, MN 56302-9617

BUSINESS & PROFESSIONAL
COLLECTION SERVICE INC. 816 SOUTH CENTER STREET RENO, NV 89501

BANK OF AMERICA, N.A.
PO BOX 31785 TAMPA, FL 33631-3785

MIDLAND CREDIT MANAGEMENT
MIDLAND FUNDING LLC PO BOX 2011 WARREN, MI 48090

PRA RECEIVABLES MANAGEMENT, L.L.C.
PORTFOLIO RECOVERY ASSOCIATES, LLC P.O. BOX 41067 NORFOLK, VA 23541

QUANTUM3 GROUP LLC
P.O. BOX 788 KIRKLAND, WA 98083-0788

HYUNDAI MOTOR FINANCE COMPANY
P.O. BOX 20809 FOUNTAIN VALLEY, CA 92728

AARONS SALES AND LEASE
1023 S. GRASS VALLEY ROAD WINNEMUCCA, NV 89445

AFNI, INC.
P.O. BOX 3247 BLOOMINGTON, IL 61702

ANYTIME FITNESS
1201 PENNY LANE SUITE 120 FERNLEY, NV 89408

AT&T SERVICES INC.
ONE AT&T WAY ROOM 3A104 BEDMINSTER, NJ 07921

CASHCALL, INC.
C/O B-LINE, LLC P.O. BOX 288 GREENVILLE, SC 29602-0288

COLLECTION SERVICE OF NEVADA
777 FOREST STREET RENO, NV 89509

COLLECTO, INC.
d/b/a EOS CCA PO BOX 981008 BOSTON, MA 02298-1008

CONSTAR FINANCIAL SERVICES, LLC
3651 W. BELL ROAD PHOENIX, AZ 85053

DEPARTMENT OF VETERANS AFFAIRS
PO BOX 11930 ST. PAUL, MN 55111

HOSPITAL COLLECTION SERVICE
816 S CENTER ST. RENO, NV 89501

RURAL NEVADA DEVELOPMENT CORP.
1320 E. AULTMAN STREET ELY, NV 89301

COLDWELL BANKER COMMERCIAL
5011 MEADOWOOD MALL CIRCLE #301 RENO, NV 89502

| In Re: | CASE NO: 16-51304-BTB |
|---|---|
| JUSTIN D. GRAY & LAURIE S. SIXTA-GRAY | CHAPTER 13 |
| Debtor(s) | CERTIFICATE OF SERVICE |

MIDLAND FUNDING LLC
AMERICAN INFOSOURCE LP AS AGENT P.O. BOX 4457 HOUSTON, TX 77210-4457

NORTH SHORE AGENCY, INC.
270 SPAGNOLI ROAD SUITE 110 MELVILLE, NY 11747

EMERGENCY PHYSICIANS
P.O. BOX 95728 OKLAHOMA CITY, OK 73143-5728

N. NEVADA MEDICAL CENTER
2375 E. PRATER WAY SPARKS, NV 89434-9900

RADIOLOGY CONSULTANTS LLC
P.O. BOX 22995 PASADENA, CA 91185

REVSOLVE
P.O. BOX 310 SCOTTSDALE, AZ 85252

SPARKS RADIOLOGY GROUP
P.O. BOX 21209 RENO, NV 89515

UNIVERAL FIDELITY CORP.
PO BOX 941911 HOUSTON, TX 77094-8911

WESTERN PATHOLOGY CONS.
P.O. BOX 749851 LOS ANGELES, CA 90074

BANK OF AMERICA, N.A.
ATTN: BANKRUPTCY DEPARTMENT 450 AMERICAN STREET SIMI VALLEY, CA 93065-6285

SEAN P. PATTERSON, ESQ.
232 COURT STREET RENO, NV 89501